**IT IS ORDERED as set forth below:**

Date: September 27, 2010

_____
**Margaret H. Murphy**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-78484-MHM |
| JAMES HUGH MILLIRONS,<br>            Debtor. | CHAPTER 7 |
| U.S. BANK, N.A.,<br>            Movant. | |
| v. | CONTESTED MATTER |
| JAMES HUGH MILLIRONS,<br>DALE R. F. GOODMAN, ESQ., Trustee,<br>            Respondents. | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

Movant filed a Motion for Relief from Stay August 27, 2010, together with a Notice of Hearing set for September 14, 2010 (Doc. No. 13), regarding Debtor's real estate located at 1433 Graceland Court, Morrow, GA  30260 (the "Property") and

contends service was proper upon the above-captioned Respondents. Respondents did not oppose Movant's Motion: accordingly, it is hereby

ORDERED that Movant's Motion for Relief from Stay is GRANTED: the automatic stay of 11 U.S.C. §362 (a) pertaining to the Property is modified to allow Movant to exercise its rights under the power of sale provisions contained in the Security Deed and as provided for by the laws of the State of Georgia including, but not limited to, advertising to effectuate a foreclosure sale at the earliest possible date and gaining possession of the Property; provided, however, that any proceeds resulting from the disposition of the Property in excess of the lawful claim of Movant under its Note and Security Deed and any excess funds due to a subordinate lienholder under state law shall be promptly remitted to the Trustee for the benefit of the Estate. It is further

ORDERED that the stay of Rule 4001(a)(3) is modified so that Movant may immediately proceed under this Order.

[END OF DOCUMENT]

Signature on next page

**PRESENTED BY:**

By: _____/s/_____
Alice Blanco
Georgia Bar Number 062160
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346
770-543-0884
ablanco@penderlaw.com
Attorney for Movant
Firm File Number: 10-07346

DISTRIBUTION LIST

| | | |
|---|---|---|
| Dale R. F. Goodman, Esq.<br>Goodman & Goodman, PC<br>1303 Hightower Trail, Suite 200<br>Atlanta, GA  30350-2919<br><br>Alice Blanco<br>Pendergast & Associates, P.C.<br>South Terraces, Suite 1000<br>115 Perimeter Center Place<br>Atlanta, GA  30346 | Ashley B. Brannen,<br>Brannen<br>Brannen Law Group, PC<br>7147 Jonesboro Road, Suite G<br>Morrow, GA  30260 | James Hugh Millirons<br>1722 Central Park Loop<br>Morrow, GA  30260 |